# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:

Michael Dones

Debtor

Case No: 6:06-bk-03322-ABB

Chapter 13

## Trustee's Motion to Declare Debtor Current and Reinstated on Secured Claim Number 2 of Us Bank Home Mortgage

> **Negative Notice Provision**
> **Notice of Opportunity to Object and for Hearing**
>
> **PURSUANT** to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files a response or objection within **60** days of the service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801.
>
> **Debtor** - Michael Dones, 7018 Lake Long Drive, Orlando, FL 32818
> **Debtor's Attorney** - Stuart Ferderer, Po Box 532057, (Law Office Of Stuart Ferderer), Orlando, FL 32853-2057
> **Creditor** - Us Bank Home Mortgage, c/o Officer, Manager or General Agent, 4801 Frederica Street, Owensboro, KY 42301
>
> If you file and serve a response or objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file and objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to

COMES NOW, Laurie K. Weatherford, Chapter 13 Trustee, pursuant to 11 U.S.C. 1325(a),

1327, and 1328, and shows:

That Debtor's Chapter 13 Plan was confirmed on June 18, 2007, and that the final payment under

Debtor's confirmed plan is scheduled to be made on December 28, 2011. Upon the timely receipt of

the Debtor's final payment, Trustee moves the Court for an Order Declaring Debtor Current and

Reinstated on the debt owed to Us Bank Home Mortgage. Trustee confirms that upon reciept of the

final payment the Debtor will have substantially complied with the Order Confirming Plan and any

Orders Modifying the Plan. Accordingly, Trustee moves the Court to declare the account of Us Bank Home Mortgage to be current and reinstated, and all arrearages, if any, shall be deemed to be paid in full, and this creditor shall be forever barred pursuant to 11 USC 105(a), 524, and 1328 from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, including, but not limited to: late penalties or fees, post petition attorney fees and costs of collection not approved by the Court, and miscalculated interest due to misapplication of payments from the Trustee. Trustee will submit the proposed Order Declaring Debtor Current and Reinstated upon receipt of the final payment. Should the creditor fail to object within the time period specified above, the Court will enter said Order Declaring Debtor Current and Reinstated without further notice or hearing, and will forever bar creditor from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding as listed above.

## Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by the United States mail or by electronic transmission to the parties listed below on the 18th day of November, 2009.

**Debtor -** Michael Dones, 7018 Lake Long Drive, Orlando, FL 32818
**Debtor's Attorney -** Stuart Ferderer, Po Box 532057, (Law Office Of Stuart Ferderer), Orlando, FL 32853-2057
**Creditor -** Us Bank Home Mortgage, c/o Officer, Manager or General Agent, 4801 Frederica Street, Owensboro, KY 42301

Respectfully submitted on this 18th day of November, 2009.

/S/ LAURIE K. WEATHERFORD
Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com